IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
             Plaintiff,         )         8:10CR226
                                )
      v.                        )
                                )
MARKELL BREWER,                 )         ORDER
                                )
             Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 22). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that trial of this matter is scheduled for:

**Monday, November 22, 2010, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. This will give the parties time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendants in a speedy trial. The additional time between October 12, 2010, and November 22, 2010, shall be deemed excludable time in any computation of time under the

requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 21st day of October, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court